

1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
   *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
SUCCESSOR BY MERGER TO LAWYERS TITLE
INSURANCE CORPORATION

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.: 2:19-CV-00808-RFB-EJY<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff U.S. Bank National Association and defendant Fidelity National Title Insurance Company, successor by Merger to Lawyers Title Insurance Corporation stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with

each party to bear its own fees and costs.

Dated:  April 22, 2024                SINCLAIR BRAUN KARGHER LLP


By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE
COMPANY, SUCCESSOR BY MERGER TO
LAWYERS TITLE INSURANCE
CORPORATION

Dated:  April 22, 2024                WRIGHT FINLAY & ZAK LLP


By:  /s/-Christina V. Miller
CHRISTINA V. MILLER
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated: April 23, 2024.

**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**



2

**STIPULATION TO DISMISS ACTION WITH PREJUDICE**